UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MURANO & ROTH, LLC**
**800 Kinderkamack Road -202N**
**Oradell, New Jersey 07649**
**201-265-3400**

*/s/ John F. Murano*
John F. Murano\JM-8846

In Re:

**RAYMOND SERRANO**

Order Filed on August 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-20056-VFP

Adv. No.:

Hearing Date: August 29, 2017

Judge: Papalia

# ORDER FOR REDEMPTION

The relief set forth on the following page is hereby **ORDERED**;

**DATED: August 31, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor:              **RAYMOND SERRANO**
Case No.:            17-20056-VFP
Caption of Order:    **ORDER FOR REDEMPTION**

1.  Debtor's motion for permission to redeem the 2016 Toyota Camry, be and is hereby

    granted.

2.  Debtor may redeem the subject property by paying to the Creditor on or before the

    thirtieth  (30th) day following entry of this Order the redemption amount of

    $12,597.00.

3.  Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of

    record and surrender the certificate of title in accord with the Debtor's instructions.

4.  In the event of the failure of the Creditor to so cancel its lien within three (3) days

    after payment of the aforesaid lump sum pursuant to the entry of this Order, then this

    Order shall serve as  authorization for the said lien to be cancelled, and it is Ordered

    that the Division of Motor Vehicles shall cancel same of record.

5.  In the event of the failure of Debtor to pay the redemption amount within such time

    frame, the automatic stay shall immediately terminate.

6.  The balance of Creditor's claim will be treated as unsecured.

7.  The Debtor's counsel shall serve a copy of this Order on Creditor and other
    interested parties within three (3) days of its entry.