UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
**MURANO & ROTH, LLC**
**800 Kinderkamack Road -202N**
**Oradell, New Jersey 07649**
**201-265-3400**

*/s/ John F. Murano*
John F. Murano\JM-8846

In Re:

**RAYMOND SERRANO**

Order Filed on August 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-20056-VFP

Adv. No.:

Hearing Date: August 29, 2017

Judge: Papalia

# ORDER FOR REDEMPTION

The relief set forth on the following page is hereby **ORDERED**;

**DATED: August 31, 2017**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

(Page 2)
Debtor: **RAYMOND SERRANO**
Case No.: 17-20056-VFP
Caption of Order: **ORDER FOR REDEMPTION**

1. Debtor's motion for permission to redeem the 2016 Toyota Camry, be and is hereby granted.

2. Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount of $12,597.00.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor's instructions.

4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as authorization for the said lien to be cancelled, and it is Ordered that the Division of Motor Vehicles shall cancel same of record.

5. In the event of the failure of Debtor to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

6. The balance of Creditor's claim will be treated as unsecured.
7. The Debtor's counsel shall serve a copy of this Order on Creditor and other interested parties within three (3) days of its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond Serrano  
      Debtor

Case No. 17-20056-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 31, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db          Raymond Serrano,   1416 Summerhill Road,   Wayne, NJ   07470-8419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         John  Sywilok     sywilokattorney@sywilok.com,  nj26@ecfcbis.com  
         John F. Murano    on behalf of Debtor Raymond  Serrano john@muranoroth.com,  vicky@muranoroth.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 4